**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MALIBU MEDIA, LLC,

Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 108.41.134.152,

Defendant.

---------------------------------------------------------------X

Case No. 1:15-cv-04713-AJN

Judge Alison J. Nathan

**NOTICE OF RELATED CASES**

PLAINTIFF GIVES NOTICE that this is a BitTorrent Copyright Infringement case related to the cases listed below, which were filed by Jacqueline M. James, Esq., of The James Law Firm, PLLC.

Plaintiff respectfully suggests that the following cases are related because they each involve the same Plaintiff, Malibu Media, LLC, and near identical allegations against a John Doe Defendant. In each case, Plaintiff alleges that a John Doe Defendant, presently known to Plaintiff only by his or her IP address, directly infringed its copyrights through the BitTorrent protocol. Because each Defendant is known only by an IP address, in each case Plaintiff intends to seek leave to subpoena Defendant's Internet Service Provider prior to a Rule 26(f) conference in order to learn Defendant's identity so that Plaintiff may proceed with its case. While Plaintiff believes the above common factors may make the following cases related, it does note that each case involves a different Defendant and the cases involve the infringement of different copyrights.

The following cases are pending before this Court:

1. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08904-SAS;
2. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08915-PKC;
3. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08936-VSB;
4. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10154-AJN;
5. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10155-KBF;
6. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10169-JPO;
7. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10171-AT;
8. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00544-JPO;
9. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00545-CM;
10. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00547-LGS;
11. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00552-DAB;
12. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00555-ALC;
13. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00558-DLC;
14. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00561-GBD;
15. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00573-KPF;
16. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00575-ER;
17. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00579-AT;
18. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00581-LGS;
19. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01829-ALC;
20. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01831-RA;
21. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01834-JGK;
22. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01841-KPF;
23. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01842-LGS;

24. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01843-SHS;
25. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01844-RA;
26. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01847-ER;
27. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01851-VM;
28. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01853-DAB;
29. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01856-JSR;
30. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01862-RJS;
31. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01865-PGG;
32. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01875-DLC;
33. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01879-RJS;
34. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01880-DLC;
35. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01882-JMF;
36. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01883-LTS;
37. Malibu Media, LLC v. Doe; Case No. 1:15-cv-01890-ALC;
38. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08895-VB;
39. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08897-KMK;
40. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08901-KMK;
41. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10148-CS;
42. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10150-NSR;
43. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10159-NSR;
44. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10166-KM;
45. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10167-KMK;
46. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10178-CS;

47. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10179-CS;
48. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10182-NSR;
49. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10190-NSR;
50. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00553-VB;
51. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00560-KMK;
52. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00563-CS;
53. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00565-NSR;
54. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00566-NSR;
55. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00568-VB;
56. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00569-CS;
57. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00583-NSR;
58. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00584-NSR;
59. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00585-KMK;
60. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00586-CS;
61. Malibu Media, LLC v. Doe; Case No. 7:15-cv-00587-VB;
62. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01833-CS;
63. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01836-KMK;
64. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01837-KMK;
65. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01839-NSR;
66. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01852-VB;
67. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01861-KMK;
68. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01864-VB;
69. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01867-VB

70. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01869-CS;

71. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01896-CS;

72. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01897-KMK;

73. Malibu Media, LLC v. Doe; Case No. 1:15-cv-00556-DLC;

74. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01850-NSR;

75. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01893-NSR;

76. Malibu Media, LLC v. Doe; Case No. 7:15-cv-01894-NSR;

77. Malibu Media, LLC v. Doe; Case No. 1:15-cv-02609-CM;

78. Malibu Media, LLC v. Doe; Case No. 1:15-cv-02624-ER;

79. Malibu Media, LLC v. Doe; Case No. 1:15-cv-02602-WHP;

80. Malibu Media, LLC v. Doe; Case No. 1:15-cv-02606-LAK;

81. Malibu Media, LLC v. Doe; Case No. 1:15-cv-02607-LTS-FM;

82. Malibu Media, LLC v. Doe; Case No. 1:15-cv-02614-JSR;

83. Malibu Media, LLC v. Doe; Case No. 1:15-cv-02615-PAE;

84. Malibu Media, LLC v. Doe; Case No. 1:15-cv-02617-PAC;

85. Malibu Media, LLC v. Doe; Case No. 1:15-cv-02618-AT;

86. Malibu Media, LLC v. Doe; Case No. 1:15-cv-02619-JMF;

87. Malibu Media, LLC v. Doe; Case No. 1:15-cv-02620-WHP;

88. Malibu Media, LLC v. Doe; Case No. 1:15-cv-03130-DAB;

89. Malibu Media, LLC v. Doe; Case No. 1:15-cv-03134-GBD;

90. Malibu Media, LLC v. Doe; Case No. 1:15-cv-03135-DAB;

91. Malibu Media, LLC v. Doe; Case No. 1:15-cv-03137-LGS;

92. Malibu Media, LLC v. Doe; Case No. 1:15-cv-03138-SAS;

93. Malibu Media, LLC v. Doe; Case No. 1:15-cv-03143-KPF;

94. Malibu Media, LLC v. Doe; Case No. 1:15-cv-03144-PGG;

95. Malibu Media, LLC v. Doe; Case No. 1:15-cv-03146-ALC;

96. Malibu Media, LLC v. Doe; Case No. 1:15-cv-03147-AJN;

97. Malibu Media, LLC v. Doe; Case No. 7:15-cv-02604-KMK;

98. Malibu Media, LLC v. Doe; Case No. 7:15-cv-02608-KMK;

99. Malibu Media, LLC v. Doe; Case No. 7:15-cv-02610-PAC;

100. Malibu Media, LLC v. Doe; Case No. 7:15-cv-02623-NSR;

101. Malibu Media, LLC v. Doe; Case No. 7:15-cv-02625-NSR;

102. Malibu Media, LLC v. Doe; Case No. 7:15-cv-02626-CS;

103. Malibu Media, LLC v. Doe; Case No. 7:15-cv-03131-KMK;

104. Malibu Media, LLC v. Doe; Case No. 7:15-cv-03132-KMK;

105. Malibu Media, LLC v. Doe; Case No. 7:15-cv-03139-NSR;

106. Malibu Media, LLC v. Doe; Case No. 7:15-cv-03140-NSR;

107. Malibu Media, LLC v. Doe; Case No. 7:15-cv-03145-CS;

108. Malibu Media, LLC v. Doe; Case No. 7:15-cv-04367-VB;

109. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04368-KMW;

110. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04369-AKH;

111. Malibu Media, LLC v. Doe; Case No. 7:15-cv-04370-VB;

112. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04371-AJN;

113. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04373-RWS;

114. Malibu Media, LLC v. Doe; Case No. 7:15-cv-04374-KMK;

115. Malibu Media, LLC v. Doe; Case No. 7:15-cv-04377-KBF;

116. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04378-JGK;

117. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04380-ER;

118. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04381-JFK;

119. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04382-GHW;

120. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04713-AJN;

121. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04720-GBD.

122. Malibu Media, LLC v. Doe; Case No.; 1:15-cv-04717-PGG

123. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04729-AKH;

124. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04730-CM;

125. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04731-PAC;

126. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04735-GHW;

127. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04736-VSB;

128. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04737-DAB;

129. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04738-WHP;

130. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04741-VM;

131. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04742-LLS;

132. Malibu Media, LLC v. Doe; Case No. 1:15-cv-04743-JFK;

133. Malibu Media, LLC v. Doe; Case No. 7:15-cv-04725-CS;

134. Malibu Media, LLC v. Doe; Case No. 7:15-cv-04728-NSR;

135. Malibu Media, LLC v. Doe; Case No. 7:15-cv-04732-JMF;

136. Malibu Media, LLC v. Doe; Case No. 7:15-cv-04733-VB;

137. Malibu Media, LLC v. Doe; Case No. 7:15-cv-04734-NSR;

138. Malibu Media, LLC v. Doe; Case No. 7:15-cv-04739-CS;

139. Malibu Media, LLC v. Doe; Case No. 7:15-cv-04740-NSR;

140. Malibu Media, LLC v. Doe; Case No. 7:15-cv-04744-VSB; and

141. Malibu Media, LLC v. Doe; Case No. 7:15-cv-04745-VB.

Respectfully submitted,

By: /s/ *Jacqueline M. James*

Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjameslaw@optonline.net
*Attorneys for Plaintiff*